ACCEPTED
14-14-00585-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 1:26:45 PM
CHRISTOPHER PRINE
CLERK

# Nos. 14-14-00585-CR, 14-14-00586-CR & 14-14-00587-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 1:26:45 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **RYAN VICTOR MOLNOSKEY** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **V.** | § | **14TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **AT HOUSTON, TEXAS** |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE THE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee asks the Court to extend the time to file its brief.

### Introduction

1.     Appellant is Joseph Ryan Victor Molnoskey; the Appellee is the State of Texas.  No rule provides a deadline to file this motion to extend. *See* TEX. R. APP. P. 38.6(d).  The Appellant is unopposed to this motion.

### Argument and Authorities

2.     The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief. The Appellant's brief was filed on February 6, 2015.  The Appellee's brief is due on March 6, 2015.

3.     Appellee requests 30 days to file its brief, extending the time until April 10, 2015.  No prior extension has been granted to extend the time to file

1

the Appellee's brief. Appellee needs additional time to file its brief because the undersigned counsel has been consumed with two other appellate briefs—both homicides—that required an extensive amount of briefing and record review. Counsel has also had to prepare for several trial settings in the intervening period, which made finishing this brief difficult. Further, although a 30-day extension is requested, counsel will turn the brief in before that time, if possible.

**Prayer**

4.     For these reasons, the Appellee asks the Court to grant an extension of time to file its brief until April 10, 2015.

Respectfully submitted,

*/s/ Trey D. Picard*

_____
Trey D. Picard
State Bar No. 24027742
Assistant Criminal District Attorney
111 East Locust St., Suite 408A
Angleton, Texas 77515
(979) 864-1233
(979) 864-1712 Fax
treyp@brazoria-county.com

ATTORNEY FOR THE APPELLEE,
THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

| | | |
|---|---|---|
| Joseph Kyle Verret<br>State Bar No. 24049432<br>Attorney at Law<br>11200 Broadway, Suite 2743<br>Pearland, Texas 77584<br>(281) 764-7071<br>(281) 764-7011 – Fax<br>kyle@verretlaw.com | ☐<br><br>☑<br><br>☐<br><br>☐<br><br><br>☐ | opposes motion<br><br>does not oppose motion<br><br>agrees with motion<br><br>would not say whether<br>motion is opposed<br><br>did not return my message<br>regarding the motion |

**Attorney for the Appellant**

*/s/ Trey D. Picard*

_____

Trey D. Picard
Assistant Criminal District Attorney

## CERTIFICATE OF RULE 9.4 COMPLIANCE

I certify that this electronically filed document complies with Rule 9.4

of the Texas Rules of Appellate Procedure and that the number of words is: **546.**

*/s/ Trey D. Picard*

_____

Trey D. Picard
Assistant Criminal District Attorney

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d),

(e), I certify that I have served this document on all other parties, which are listed

below, on **March 6, 2015**:

| | |
|---|---|
| Joseph Kyle Verret<br>State Bar No. 24049432<br>Attorney at Law<br>11200 Broadway, Suite 2743<br>Pearland, Texas 77584<br>(281) 764-7071<br>(281) 764-7011 – Fax<br>kyle@verretlaw.com | By:<br>☐ personal delivery<br>☐ mail<br>☐ commercial delivery<br>☑ electronic delivery / fax |

**Attorney for the Appellant**

*/s/ Trey D. Picard*

_____

Trey D. Picard
Assistant Criminal District Attorney